

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00167-CV

## IN THE INTEREST OF A.L.M., A CHILD

**From the 13th District Court
Navarro County, Texas
Trial Court No. 11-20459-CV**

## ORDER

In response to your request filed July 17, 2017, the Clerk of this Court is ordered to provide to you the record in this appeal for your use in preparing your brief in the above referenced appeal.

The reporter's record consists of one volume, containing 42 pages, including the exhibit introduced at the hearing. The clerk's record consists of one volume, containing a total of 56 pages.

Neither the reporter's record nor the clerk's record may be disassembled or taken apart for **any** reason. *See* 10TH TEX. APP. (WACO) LOC. R. 11(c).

Because the filing of the appellate record was completed on July 18, 2017, your brief would normally be due August 17, 2017. *See* TEX. R. APP. P. 38.6(a).

Notwithstanding the normal due date would be August 17, 2017, the Court has set the due date for your brief as September 11, 2017.

The entire appellate record must be returned to the Court at the time your brief is filed. *See* 10TH TEX. APP. (WACO) LOC. R. 11(a). Alteration, modification, destruction, or the failure to return the record at the time your brief is filed will possibly result in sanctions including replacement of the record at your cost or dismissal of your appeal.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Order issued and filed July 26, 2017

